# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Alex DIAZ-Rodriguez<br>DOB: 1985<br><br>El Salvador Citizen | DOCKET NO.<br><br>RECEIVED<br>SEP 8 2010<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____DEPUTY<br><br>MAGISTRATE'S CASE NO.<br>**10-08431M** |
| Complaint for violation of Title 18 | United States Code § 111(a)&(b) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT ONE:**

On or about September 7, 2010, at or near Kopk, on the Tohono O'odham Nation, in the District of Arizona, **Alex DIAZ-Rodriguez** did intentionally and forcibly, assault, resist, oppose, impede, intimidate and interfere with United States Border Patrol Agent Adolfo Hernandez, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, Alex DIAZ-Rodriguez threw rocks at Tucson Air OPS Omaha, as Agent Adolfo Hernandez was operating a Border Patrol helicopter; in violation of Title 18, United States Code, Sections 111(a)&(b).

**COUNT TWO:**

On or about September 7, 2010, at or near Kopk, on the Tohono O'odham Nation, in the District of Arizona, **Alex DIAZ-Rodriguez** did intentionally and forcibly, assault, resist, oppose, impede, intimidate and interfere with and United States Border Patrol Agent Jeff Prouse, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, Alex DIAZ-Rodriguez lunged at Agent Prouse's duty belt, which contained the agent's service firearm, and DIAZ-Rodriguez attempted to take the agent to the ground, in violation of Title 18, United States Code, Section 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 7, 2010, Border Patrol Agents were operating a sign-cutting operation near Kopk, on the Tohono O'odham Nation, in the District of Arizona. Helicopter assistance arrived in an attempt to encounter a group of 30 suspected illegal aliens, including **Alex DIAZ-Rodriguez**. The marked U.S. Border Patrol helicopter was hovering the group, when DIAZ-Rodriguez began to throw rocks at the helicopter, which was being operated by U.S. Border Patrol Agent Adolfo Hernandez. Agents arrived on scene, where U.S. Border Patrol Agent Jeff Prouse approached DIAZ-Rodriguez. DIAZ-Rodriguez lunged at the duty belt of Agent Prouse and attempted to take Agent Prouse to the ground. Agent Prouse was able to grab his OC spray in an attempt to apprehend DIAZ-Rodriguez. DIAZ-Rodriguez attempted to abscond. Agent Prouse then chased DIAZ-Rodriguez, and DIAZ-Rodriguez tried to strike Agent Prouse with an elbow strike. Agent Prouse was able to spray DIAZ-Rodriguez with OC spray and then take DIAZ-Rodriguez into custody.

**MATERIAL WITNESSES IN RELATION TO THE CHARGES:**

| **REC: DETENTION**<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Nicole Savel/aaa | SIGNATURE OF COMPLAINANT<br>(official title)<br><br>OFFICIAL TITLE<br>BP-Ricardo Gonzalez 748-3060 |
|---|---|

Sworn to before me and subscribed in my presence.

Jacqueline Marshall    9/8/10